for stay presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied. Certiorari denied:

No. 72–1637. NATIONAL LABOR RELATIONS BOARD v. MAGNAVOX COMPANY OF TENNESSEE, 415 U. S. 322;

No. 72–5830. PATTERSON v. WARNER ET AL., 415 U. S. 303;

No. 73–393. TAGER v. UNITED STATES, 414 U. S. 1162;

No. 73–492. KUNSTSAMMLUNGEN ZU WEIMAR v. FEDERAL REPUBLIC OF GERMANY ET AL., 415 U. S. 931;

No. 73–694. TAGER v. UNITED STATES, 415 U. S. 914;

No. 73–878. PACIFIC TRANSPORT CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE, 415 U. S. 948;

No. 73–5573. FLETCHER v. UNITED STATES, 415 U. S. 922;

No. 73–5621. THROWER v. UNITED STATES, 415 U. S. 933;

No. 73–5755. SHARROW v. ABZUG ET AL., 415 U. S. 958;

No. 73–5812. WOLF v. HOLLOWELL, PENITENTIARY SUPERINTENDENT, 415 U. S. 946; and

No. 73–6036. FISCHLER v. ITT FEDERAL ELECTRIC CORP. ET AL., 415 U. S. 943. Petitions for rehearing denied.

No. 73–698. FRIENDS OF THE EARTH ET AL. v. STAMM, COMMISSIONER, BUREAU OF RECLAMATION, ET AL., 414 U. S. 1171. Motion of Shonto Chapter of the Navajo Nation et al. for leave to file a brief as *amici curiae* in support of rehearing granted. Petition for rehearing denied.

APRIL 16, 1974

No. 73–596. PEARSON ET AL. v. ECOLOGICAL SCIENCE CORP. ET AL. C. A. 5th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.